UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID S. RATTI,

        Plaintiff,

v().

SERVICE MANAGEMENT SYSTEMS, Inc.,

        Defendant.

Civ. Action No. 06-6034 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 25th day of August, 2008,

    **ORDERED** that defendant's motion for summary judgment (D.E. 18) is **granted**; and it is further

    **ORDERED** that the Clerk of the Court is directed to close this matter.

                                   /s/Katharine S. Hayden

                                   Katharine S. Hayden, U.S.D.J.